UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00232 |
| v. | ) | Judge Haynes |
| | ) | |
| MICHAEL CHARLES POORE | ) | |

*[Handwritten annotation: Granted. This motion is granted. The Clerk shall transfer the action. 6-19-12]*

### JOINT MOTION TO TRANSFER CASE

The United States and the defendant jointly move the Court to transfer this case to United States District Judge Kevin Sharp, who has been assigned the related case in this matter and has already scheduled a guilty plea for July 13, 2012.

The defendant was indicted and arrested in the Middle District of Florida in case number 8:11-cr-613-T-35MAP, which charged a single count of bank robbery. That case was transferred to this district pursuant to Rule 20, Fed. R. Cr. P., for a guilty plea, and assigned to Judge Sharp. The defendant was subsequently transferred to this district, where charges are pending before this Court on two additional counts of bank robbery. Judge Sharp has scheduled a guilty plea for July 13 on the Florida robbery, and Mr. Poore wishes to plead guilty to all three bank robberies and resolve them together.

Although Mr. Poore will be required to plead guilty separately to the two pending cases, the parties believe that judicial economy, proper calculation of the sentencing guidelines, and equitable application of the § 3553(a) factors will all be enhanced if the same District Judge sentences Mr. Poore for his three bank robberies.