UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00232 |
| | ) | JUDGE SHARP |
| MICHAEL CHARLES POORE | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE

Defendant Michael Poore respectfully requests one additional day, until Monday, October 15, 2012, to file his sentencing memorandum and objections to the presentence report in order that counsel can adequately state his position. Counsel for the government, Assistant United States Attorney Lee Deneke, has stated the he has no objection to this motion.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Michael Charles Poore

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the foregoing *Defendant's Unopposed Motion to Extend Deadline* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. William Lee Deneke**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203 and *via electronic mailing* to: **Ms. Alisha Shoates James**, U.S. Probation Officer, A-725 U.S. Courthouse Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY